IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MONAUZRE BAUGH, aka MAVEN, an Individual, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-00291 |
| A.H.D. HOUSTON, INC., D/B/A CENTERFOLDS; ALI DAVARI and HASSAN DAVARI, individuals, | § § § § § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the Motion to Dismiss Pursuant to 9 U.S.C. § 4, filed by Defendant A.H.D. Houston, Inc., d/b/a "Centerfolds," the arbitration agreement at issue, the response of Plaintiff Monauzre Baugh, and the reply, if any, and is of the opinion that Defendant's Motion should be **GRANTED**.

**IT IS HEREBY ORDERED THAT** Plaintiff Monauzre Baugh shall arbitrate her claims against Defendant. The parties are ordered to arbitration. Plaintiff's claims are dismissed in favor of arbitration.

SIGNED this _____ day of _____ 2020.

**United States District Court Judge**