# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MONAUZRE BAUGH, aka MAVEN, an individual, § § § § § § § § § § § § Plaintiff, vs. A.H.D. HOUSTON, INC. d/b/a CENTERFOLDS; ALI DAVARI and HASSAN DAVARI, individuals, Defendants. | Case No.: 4:20-cv-291  JURY TRIAL DEMANDED |

## ORDER

On this day, the Court considered Defendant A.H.D. Houston, Inc. d/b/a Centerfolds' Motion to Dismiss Pursuant to 9 U.S.C. §4, the response of Plaintiff Monauzre Baugh, and the reply in support of the Motion to Dismiss, if any, and is of the opinion the Motion should be **DENIED**.

**IT IS HEREBY ORDERED THAT** *Defendant A.H.D. Houston, Inc. d/b/a Centerfolds' Motion to Dismiss Pursuant to 9 U.S.C. §4* is in all things **DENIED**.

Signed this _____ day of _____, 2020.

_____
HON. SIM LAKE
UNITED STATES DISTRICT JUDGE