United States District Court
Southern District of Texas
**ENTERED**
May 28, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MONAUZRE BAUGH, a/k/a MAVEN, an individual, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-20-0291 |
| A. H. D. HOUSTON, INC. d/b/a CENTERFOLDS, ALI DAVARI, and HASSAN DAVARI, individuals, | § § § § § | |
| Defendants. | § | |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant's Motion to Dismiss Pursuant to 9 U.S.C. § 4, this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue arbitration against Defendants.

Costs are taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 28th day of May, 2020.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE